**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IVORY YATES,** | : | |
| **Petitioner** | : | **No. 1:26-cv-02597** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **WARDEN FPC LEWISBURG,** | : | |
| **Respondent** | : | |

**ORDER**

**AND NOW**, on this 7th day of October 2026, upon consideration of pro se Petitioner Ivory Yates ("Yates")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Yates's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

2. Yates's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania